UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>RAUL MORALES, Warden,<br><br>    Respondent. | No. 1:25-cv-01364-SKO (HC)<br><br>NEW CASE NUMBER<br><br><br>ORDER OF TRANSFER |

  Petitioner, a state prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

  In this case, Petitioner is challenging his conviction from Solano County, which is in the Sacramento Division of the Eastern District of California. Venue is therefore proper in the Sacramento Division, and the petition should have been filed there. In the interest of justice, a

1  federal court may transfer a case to the appropriate district. See 28 U.S.C. § 1406(a).

2        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Sacramento
3  Division of the United States District Court for the Eastern District of California.

4
5  IT IS SO ORDERED.

6  Dated:  **October 16, 2025**        /s/ *Sheila K. Oberto*
7                                                UNITED STATES MAGISTRATE JUDGE

2